# Court of Appeals
# of the State of Georgia

ATLANTA,   June 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1819. STEPHEN HALL v. THE STATE.**

In 2008, a jury convicted Stephen Hall of child molestation and sexual battery.[1] In 2014, Hall filed a "Motion to Declare Judgment as Void." The trial court denied the motion and Hall filed this appeal. We, however, lack jurisdiction.

Hall's motion is, in substance, an effort to set aside or vacate his convictions. But as the Supreme Court has made clear, a post-conviction motion seeking to vacate an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a petition should be dismissed. See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). A direct appeal may lie from an order denying or dismissing a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216, 217 (1), n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). Hall's motion, however, presented challenges to his convictions, not his sentence. Because Hall may not attack his convictions in this manner and did not assert a colorable void-sentence claim, this appeal is hereby DISMISSED.

---

[1] This Court affirmed Hall's convictions in an unpublished opinion. See Case No. A09A2298 (decided January 26, 2010).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/07/2016
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

         *Stephen E. Castlen*   *, Clerk.*